**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

     Re:    <u>*United States v. Johnny Roman and Mariah Jaquez,*</u> S1 21 Cr. 190 (JPO)

Dear Judge Oetken:

     The Court has scheduled arraignments in the above-captioned matter for April 12, 2021. The Government respectfully requests that time be excluded under the Speedy Trial Act between today through April 12, 2021, so that the Government can prepare discovery and because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who do not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

/s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

> The Court hereby excludes time through April 12, 2021, under the Speedy Trial Act, finding that the ends of justice outweigh the best interests of the public and defendants in a speedy trial.
>
> So ordered: 4/5/2021

_____
J. PAUL OETKEN
United States District Judge