# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 26, 2022

Via ECF

The Honorable J. Paul Oetken
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States* v. *Johnny Roman*, 21 Cr. 190 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

      I represent the defendant in the above-captioned matter. I write to request an adjournment of the pretrial conference currently scheduled for July 27, 2022 at 12:30 PM to the next date convenient for the Court during the week of August 15, 2022. I needed to travel to Israel on Saturday for a time-sensitive matter and will not return to the United States until next week. I understand the week of August 15 is the next period convenient for the parties and the Court. I have conferred with the Government, which has no objection to this request. On behalf of Mr. Roman, I consent to the exclusion of time for Speedy Trial Act purposes for the duration of any adjournment granted as we review discovery, consider whether to file any motions, and engage in discussions with the Government.

Respectfully submitted,

/s/ Nicole Friedlander

Nicole Friedlander

---

Granted. The July 27, 2022 pretrial conference is adjourned to August 16, 2022, at 12:30 pm. The Court hereby excludes time through August 16, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
7/26/2022

_____
J. PAUL OETKEN
United States District Judge