UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHNNY ROMAN, <br> Defendant. | 21-CR-190-2 (JPO) <br><br> ORDER |

J. Paul Oetken, District Judge:

The C.J.A. attorney previously appointed in this case, Nicole Friedlander, and her associate Jared Rosenfeld, is hereby relieved as counsel, and C.J.A. attorney Harvey Fishbein is hereby appointed to represent the Defendant.

SO ORDERED.

Dated: February 16, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge